FILED
U.S. DISTRICT COURT

2000 FEB -8 A 10: 07

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON CEASOR, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0347 |
| | * | |
| PARKER DRILLING COMPANY | * | SECTION "D" |
| | * | |
| | * | MAGISTRATE "4" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME

Pursuant to LR 7.9E, defendant, Parker Drilling Company ("Parker"), through undersigned counsel, on suggesting to the Court that it has only recently been served with this suit, and that additional time will be required to investigate the circumstances giving rise to the action, requests an additional twenty (20) days, within which to answer or otherwise plead.

In support of this motion, Parker states that counsel for plaintiff has no objection to this extension.

FEB 9 2000
DATE OF ENTRY _____

Fee _____

WHEREFORE, defendant, Parker Drilling Company, moves ex parte for an order extending the time in which to answer or otherwise plead to the complaint, by twenty days (20), through and including February 28, 2000.

Respectfully submitted,

_____
Daniel J. Caruso (Bar No. 3941)
Gregory P. Nolan (Bar No. 25808)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
(504) 569-2030

Attorneys for Parker Drilling Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record placing same in the United States Mail, postage prepaid and properly addressed, this 7th day of February, 2000

_____
Daniel J. Caruso

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON CEASOR, JR. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0347 |
| PARKER DRILLING COMPANY | * | SECTION "D" |
| | * | MAGISTRATE "4" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

CONSIDERING the foregoing motion,

IT IS HEREBY ORDERED that defendant, Parker Drilling Company, be, and is hereby granted an extension of twenty (20) days, ~~through and including February 22, 2000~~, within which to answer or otherwise respond to the complaint.

New Orleans, Louisiana this ___ day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

K:\DATA\N\38873004\PLEADING\EXTEND.MOT

3