

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 22   PM 12: 36

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**September 21, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALTON CEASOR, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO:    00-0347** |
| **PARKER DRILLING COMPANY** | **SECTION: "D" (4)** |

A Settlement Conference was held on this date.  Participating were: J. Douglas Sunseri, Scott Allen Soule, Alton Ceasor and Wanda Ceasor representing the plaintiffs and Daniel J. Caruso and Bill Ritchie representing the defendants.

The parties were unable to reach a settlement.  However, negotiations are ongoing and will continue by telephone on **Monday, September 25, 2000.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 2 2 2000

____Fee____
____Process____
X  Dktd____
____CtRmDep____
____Doc.No.____