```
                FILED
         U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

         2000 OCT -4 AM 11: 19

         LORETTA G. WHYTE
               CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**September 25, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALTON CEASOR, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0347** |
| **PARKER DRILLING COMPANY** | **SECTION: "D" (4)** |

A Settlement Conference by telephone was held on this date. Participating were: Scott Allen Soule representing the plaintiff and Daniel J. Caruso representing the defendants.

The parties were unable to reach a settlement. However, negotiations are ongoing.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

```
DATE OF ENTRY
  OCT  4 2000
```