

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
OCTOBER 11, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON CEASOR, JR. | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0347 |
| PARKER DRILLING COMPANY | * | SECTION: "D"(4) |

The court held the final Pre-Trial Conference on Wednesday, October 11, 2000, with the following counsel in attendance: Scott Soule and Doug Sunseri for the Plaintiff; and Dan Caruso and Bill Ritchey for the Defendant. At this conference the court instructed the parties as follows:

(1) By <u>12:00 noon on Thursday, October 19, 2000</u>, plaintiff's counsel is to prepare and submit to the court the original and one copy of a single **Bench Book** which should contain:

> (a) An Index of <u>all</u> exhibits listing and numbering all exhibits sequentially and without reference to the offering party. All "un-objected to" exhibits are to be listed first followed by the "objected to" exhibits

DATE OF ENTRY
OCT 1 2 2000

without a break in the numbering system and with a short description of the objection next to each "objected to exhibit." <u>Separate, but brief memoranda responding to the objections must be submitted to the court by the offering party by 12:00 noon on Thursday, October 19, 2000;</u>

(b) All exhibits are to be included in a single Bench Book (if feasible) with each exhibit **tabbed and paginated**;

(c) Any discovery that will be used as an Exhibit must be specifically identified; for example, the exact Interrogatory and the corresponding Answer;

(2) By <u>12:00 noon on Thursday, October 19, 2000</u>, the parties are to submit the entire transcript of <u>any</u> deposition (including video and audio depositions) which will be used in lieu of live testimony at Trial. If the deposition transcript is 100 pages or less, the entire transcript should be submitted. However, if the deposition transcript is over 100 pages, the parties should submit only designated portions of the transcript which should be appropriately highlighted;

(3) By <u>12:00 noon on Thursday, October 19, 2000</u>, the parties are to submit their respective Trial Memoranda (no longer than 12

pages) setting forth what the evidence will or will not show;

(4) The parties should contact Magistrate Judge Roby to schedule another Settlement Conference if they find that this would be helpful;

(5) Trial will commence at <u>9:00 a.m. on Monday, October 23, 2000</u>.

* * * * * *