FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 18 PM 3:28

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
OCTOBER 17, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON CEASOR, JR. | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0347 |
| PARKER DRILLING COMPANY | * | SECTION: "D"(4) |

Due to a scheduling conflict in the court's Trial calendar, the non-jury Trial in this matter will now commence at <u>1:00 p.m. on Tuesday, October 24, 2000</u>, rather than at 9:00 a.m. on Monday, October 23, 2000.

\* \* \* \* \* \*

DATE OF ENTRY
OCT 19 2000