UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALTON CEASOR, JR.                          CIVIL ACTION

VERSUS                                     NO. 00-347

PARKER DRILLING CO.                        SECTION "D"

CHIEF JUDGE A. J. McNAMARA PRESIDING


**TUESDAY, OCTOBER 24, 2000 AT 9:00 AM**


COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Arlene Movahed

APPEARANCES:  Scott Soule, J. Douglas Sunseri, for plaintiff
              Daniel Caruso, Bill Ritchey, for defendant

**NON JURY TRIAL:**

NOTICE OF DISPOSAL OF EXHIBITS DISTRIBUTED.
All present and ready.
On Motion parties, witnesses called, sworn, instructed and removed from courtroom.
Pltf's witnesses: David Serrette, previously sworn & testifies.
          Joe Spry, previously sworn & testifies.
          Dr. Randy Rice, sworn & testifies.
          Alton Ceasor, Jr., previously sworn & testifies.
Following witness called, interrupting the testimony of Alton Ceasor with consent of all parties:
Deft's witness: Dr. Kenneth Boudreaux, sworn & testifies.

DATE OF ENTRY
OCT 2 4 2000

Page 2 - Trial Minutes
00-347 "D" - 10/24/00

Pltf's witnesses cont'd: <u>Alton Ceasor, Jr.,</u> recalled, resumes testimony.
<u>Wanda Ceasor</u>, previously sworn & testifies
<u>Dr. John Watermeier</u>, sworn & testifies.
<u>Bobby S. Robberts</u>, sworn & testifies.
Testimony by deposition: Dr. Stephen Flood.
Pltf. Rests.
Deft's witnesses cont'd: <u>David Serrette</u>, recalled, resumes testimony.
Deft. Rests.
Court orally states its Findings and Reasons
Judgment to be entered accordingly.
Court adjourns