```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 OCT 25 PM 1:29

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON CEASOR, JR. | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0347 |
| PARKER DRILLING COMPANY | * | SECTION: "D"(4) |

### J U D G M E N T

This matter was tried to the court on Tuesday, October 24, 2000. For reasons given orally in open court after the presentation and consideration of the evidence, the court concluded that Defendant's drilling barge was unseaworthy, Defendant was negligent under the Jones Act, and Plaintiff himself was 40 % contributorily negligent. The court also found that: Plaintiff's past after-tax wage loss is $25,681;[1] Plaintiff's future discounted wage loss is $249,319;[2] Plaintiff's future loss of fringe benefits at present value is $35,000; Plaintiff's pain and suffering, both physical and mental, is valued at $150,000; and Plaintiff's future medicals are $40,000. Finally, the court found that Defendant is

---

[1]   $25,681 = .815 x $31,511 (Dr. Rice's past after-tax wage loss)

[2]   $249,319 = $275,000(total wage loss, past and future) - $25,681

DATE OF ENTRY

OCT 25 2000



entitled to a proportionate credit of future cure. Accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be entered herein in favor of Plaintiff, Alton Ceasor, Jr. and against Defendant, Parker Drilling Company, in the amount of **$105,409** = [60% of ($25,681 past wage loss + $150,000 pain and suffering)] plus prejudgment interest at the rate of 6%, from date of the accident until entry date of Judgment, plus interest at the judicial rate thereafter until paid;

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be entered herein in favor of Plaintiff, Alton Ceasor, Jr. and against Defendant, Parker Drilling Company, in the amount of **$194,591** = [60% of ($249,319 future wage loss + $35,000 future loss of fringe benefits + $40,000 future medicals)], plus interest at the judicial rate, from the entry date of Judgment until paid;

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant be and is hereby entitled to a credit of future cure in the amount of **$24,000** = 60% of $40,000 future medicals.

New Orleans, Louisiana, this 25 day of Oct, 2000.

_____
A. J. McNAMARA
CHIEF JUDGE

2