AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ LOUISIANA

ALTON CEASOR, JR.
V.
PARKER DRILLING CO.

**BILL OF COSTS**

Case Number: 00-0347

Judgment having been entered in the above entitled action on  October 25, 2000  against  Parker Drilling Company ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 80.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 923.90 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 333.95 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 556.54 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 2044.39 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Daniel J. Caruso  .

DATE OF ENTRY  NOV 7 2000

Signature of Attorney: _____

Name of Attorney:  Scott A. Soule 

For:  Alton Ceasor, Jr.  Date:  10/30/00 
        Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time:  Date and Time: 11/7/00 at 9:30 a.m.

Costs are taxed in the amount of  $2,044.39  and included in the judgment.

Loretta G. Whyte          By: 11/7/00
Clerk of Court              Deputy Clerk               Date