


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 16 AM 11:49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON CEASOR, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0347 |
| | * | |
| PARKER DRILLING COMPANY | * | SECTION "D" |
| | * | |
| | * | MAGISTRATE "4" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel comes, ALTON CEASOR, JR., upon suggesting to the Court that the opposition filed in response to his Motion for Order Modifying Judgment raises an issue which requires reply, moves this Court for leave to file the attached Memorandum in Reply to defendants Opposition to Motion to Modify Judgment.

Respectfully submitted,

DATE OF ENTRY

NOV 22 2000

_____
SCOTT A. SOULE, (#20379)
**Attorney and Counselor at Law**
3525 N. Causeway Blvd., Suite 101
Metairie, Louisiana 70002
Telephone: (504) 832-0009

Attorney for Plaintiff,
ALTON CEASOR, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

Metairie, Louisiana, this 15TH day of November, 2000.

_____
SCOTT A. SOULE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON CEASOR, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0347 |
| | * | |
| PARKER DRILLING COMPANY | * | SECTION "D" |
| | * | |
| | * | MAGISTRATE "4" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion, leave is granted to ALTON CEASOR, JR. to file his Memorandum in Reply to Opposition to Plaintiff's Motion to Modify Judgment.

New Orleans, Louisiana, this _____ day of November, 2000.

_____
JUDGE