FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 29 AM 10: 53

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
NOVEMBER 29, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALTON CEASOR, JR. | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0347 |
| PARKER DRILLING COMPANY | * | SECTION: "D"(4) |

Before the court **"Motion for Order Modifying Final Judgment and Decree"** filed by Plaintiff, Alton Ceasor, Jr. Defendant, Parker Drilling Company, filed a memorandum in opposition. The motion, set for hearing on Wednesday, November 29, 2000, is before the court on briefs, without oral argument.

Having reviewed the memoranda of counsel and the applicable law, the court finds that the motion should be denied. In the instant motion, Plaintiff is asking the court to "modify the final judgment by ordering defendant to continue maintenance in the amount of $20.00 per day until plaintiff has obtained maximum medical cure." (*See* Plaintiff's Memo., pp. 1-2). However, at Trial, maintenance was not at issue. Thus, the court's Judgment is silent of the issue of future maintenance.

DATE OF ENTRY
NOV 29 2000

Accordingly;

IT IS ORDERED that Plaintiff's **"Motion for Order Modifying Final Judgment and Decree"** be and is hereby **DENIED**, but without prejudice to Plaintiff's right to re-urge his request for any further maintenance in a separate proceeding.

* * * * *